B2500D (Form 2500D) (12/15)

# United States Bankruptcy Court
## Eastern District Of California

| | |
|---|---|
| In re   Tulare Local Healthcare District, dba Tulare Regional Medical Center<br>　　　　　Debtor | Case No. 17-13797 |
| Tulare Local Healthcare District, dba Tulare Regional Medical Center<br>　　　　Plaintiff<br>　　　　　v.<br>BRUCE R. GREENE; BAKER & HOSTETLER, LLP, a limited liability partnership; PARMOND KUMAR, M.D.; LINDA WILBOURN; RICHARD TORREZ; and DOES 1-through 50, inclusive,<br>　　　　Defendants.<br>LINDA WILBOURN<br>　　　　Defendant, Third-party plaintiff<br>　　　　　v.<br>BRUCE R. GREENE, BAKER & HOSTETLER LLP, BENNY BENZEEVI, and HEALTHCARE CONGLOMERATE ASSOCIATES, LLC; DOES 1 through 25, inclusive,<br>　　　　Third-party defendants | Chapter 9<br><br>Adv. Proc. No. 19-01052 |

**To:  Healthcare Conglomerate Associates, LLC     THIRD-PARTY SUMMONS**

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint (i.e., cross-claim) which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

　　Address of the clerk:　United States Bankruptcy Court, Eastern Division of California
　　　　　　　　　　　　　2500 Tulare Street Suite 2501
　　　　　　　　　　　　　Fresno CA 93721

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

　　Name and Address of Co-Cross-Defendant's Attorney:
 James A. Murphy/Harlan B. Watkins, Murphy Pearson Bradley & Feeney
 88 Kearney Street, 10th Floor
 San Francisco CA  94108

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　Name and Address of Plaintiff's Attorney:　(cross-claimant's attorney)
 Dirk B. Paloutzian / Peter G. Fashing, Baker Manock & Jensen, PC
 5260 N. Palm Avenue, Suite 421, Fresno CA 93704
  (559) 432-5400; dpaloutzian@bakermanock.com; pfashing@bakermanock.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　(Clerk of the Bankruptcy Court)

　　Date:　_____　　　By:　_____　(Deputy Clerk)

2361724v1



B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the third-party complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

☐ Publication: The third-party defendant was served as follows: [Describe briefly]

☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

    Print Name: _____

    Business Address: _____


American LegalNet, Inc.
www.FormsWorkFlow.com

2361724v1