WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor and Plaintiff Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Plaintiff,<br>　v.<br><br>BRUCE R. GREENE; BAKER & HOSTETLER, LLP, a limited liability partnership; PARMOND KUMAR, M.D.; LINDA WILBOURN; RICHARD TORREZ; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Adv. Proc. No. 19-01052<br><br>DC No. WW-1<br><br>**AMENDED DEBTOR TULARE LOCAL HEALTHCARE DISTRICT'S MOTION FOR REMAND OF LAWSUIT TO STATE COURT PURSUANT TO 28 U.S.C. § 1452(B) (Amended to Correct Hearing Time)**<br><br>Date:　　July 17, 2019<br>Time:　　1:30 p.m.<br>Place:　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 13<br>Judge:　　Honorable René Lastreto II |

**TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that at the above date and time, or as soon thereafter as the matter may be heard, before the Honorable René Lastreto II in the above-referenced courtroom at the United States Courthouse located at 2500 Tulare Street in Fresno, California, debtor and plaintiff Tulare Local Healthcare District, dba Tulare Regional Medical Center, will and hereby does move the Court pursuant to 28 U.S.C. § 1452(b) for an order remanding the action entitled *Tulare Local Health Care District v. Bruce R. Greene, et al.*, Case No. VCU 278333, back to the Superior Court of the State of California for the County of Tulare, on the grounds that defendants Bruce R. Greene and Baker & Hostetler LLP have not established that this Court has jurisdiction over the lawsuit because (1) they have failed to show that it is "related to" the District's chapter 9 case under applicable law; and (2) even if "related to" jurisdiction could be established, the District has demonstrated that all of the factors which courts consider in deciding whether to remand an action to the non-bankruptcy forum weigh heavily in favor of remand.

The Motion is based on this motion, the memorandum of points and authorities filed herewith, the request for judicial notice, all papers and pleadings on file in this chapter 9 case and this adversary proceeding, and upon such other evidence as the Court may consider at or before the hearing on the Motion.

Dated: June 17, 2019     WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter
Attorneys for Debtor and Plaintiff Tulare Local Healthcare District, dba Tulare Regional Medical Center