**3**

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Yorai "Benny" Benzeevi, M.D. and
Healthcare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 17-13797-B-9 |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| | **ADVERSARY PROC. NO.: 19-01052** |
| Debtor. | DC NO.: KDG-2 |
| Tax ID #94-6002897869<br>869 N. Cherry Street<br>Tulare CA 93474 | Date: n/a<br>Time: n/a<br>Dept: Ct. Rm. 13, 5th Floor<br>Place: United States Courthouse<br>2500 Tulare Street, 5TH Floor<br>Fresno, CA |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | |
| Plaintiff, | JUDGE: Honorable René Lastréto, II |
| v. | |
| BRUCE R. GREENE; BAKER & HOSTETLER, LLP, a limited liability partnership; PARMOND KUMAR, M.D.; LINDA WILBOURN; RICHARD TORREZ; and DOES 1 through 50, inclusive, | **SUBSTITUTION OF ATTORNEYS AS TO HEALTHCARE CONGLOMERATE ASSOCIATES, LLC AND YORAI "BENNY" BENZEEVI** |
| Defendants, | |
| LINDA WILBOURN | |
| Cross-Claimant, | |

17-13797-B-9     AP 19-01052     1     SUBSTITUTION OF ATTORNEYS

1  v.

2  BRUCE R. GREENE; BAKER &
   HOSTETLER, LLP, a limited liability
3  partnership; PARMOND KUMAR, M.D.;
   HEALTHCARE CONGLOMERATE
4  ASSOCIATES, LLC; BENNY BENZEEVI;
   RICHARD TORREZ; and DOES 1 through
5  50, inclusive,

6
              Cross Defendants.
7

8  TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

9  PLEASE TAKE NOTICE that in accordance with Local Rule 2017-1(h),

10 HEALTHCARE CONGLOMERATE ASSOCIATES, LLC and BENNY BENZEEVI, hereby

11 agree to the substitution of Oliver W. Wanger and the firm of Wanger, Jones & Helsley, P.C.,

12 265 E. River Park Circle, Suite 310, Fresno, California 93720, Telephone: (559) 233-4800 as

13 their attorneys of record in the above captioned adversary proceeding number 19-01052,

14 instead of having their interests represented by Hagop T. Bedoyan and the firm of Klein,

15 DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP.

16 Consent is hereby given to the above substitution.

17
18 Dated: July 28 ,2019          HEALTHCARE CONGLOMERATE ASSOCIATES, LLC

19
                                  BY: _____
20                                    Dr. Yorai Benzeevi, Managing Member, Party

21
22 Dated: July 28 , 2019          _____
                                       YORAI "BENNY" BENZEEVI, Party
23

24
25 Dated: July _____, 2019        WANGER, JONES & HELSLEY

26
                                  BY: _____
27                                    OLIVER W. WANGER,
                                      Proposed Attorneys for HealthCare Conglomerate
28                                    Associates, LLC and Yorai "Benny" Benzeevi

17-13797-B-9    AP 19-01052              2    SUBSTITUTION OF ATTORNEYS

1  Dated: July 29, 2019  KLEIN, DENATALE, GOLDNER,
2                         COOPER, ROSENLIEB & KIMBALL LLP
3                         BY: _____
4                             HAGOP T. BEDOYAN, ESQ
                              Present Attorneys for HealthCare Conglomerate
5                             Associates, LLC and Yorai "Benny" Benzeevi