HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,
    COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Attorneys for Yorai "Benny" Benzeevi, M.D. and
Healthcare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>              Debtor.<br><br>Tax ID #94-6002897869<br>869 N. Cherry Street<br>Tulare CA 93474 | Case No.: 17-13797-B-9<br><br>Chapter    9<br><br>**ADVERSARY PROC. NO.: 19-01052**<br><br>DC NO.: WW-1<br><br>Date:      August 15, 2019<br>Time      9:30 a.m.<br>Dept:      Ct. Rm. 13, 5th Floor<br>Place:     United States Courthouse<br>           2500 Tulare Street, 5TH Floor<br>           Fresno, California |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>              Plaintiff,<br>v.<br><br>BRUCE R. GREENE; BAKER & HOSTETLER, LLP, a limited liability partnership; PARMOND KUMAR, M.D.; LINDA WILBOURN; RICHARD TORREZ; and DOES 1 through 50, inclusive,<br><br>              Defendants, | JUDGE:   Honorable René Lastréto, II<br><br>**JOINDER IN BAKER & HOSTETLER'S AND BRUCE R. GREENE'S OPPOSITION TO TULARE LOCAL HEALTHCARE DISTRICT'S AMENDED MOTION FOR REMAND OF LAWSUIT TO STATE COURT PURSUANT TO 28 U.S.C. § 1452(B)** |
| LINDA WILBOURN<br><br>              Cross-Claimant, | |

1  v.

2

3  BRUCE R. GREENE; BAKER &
   HOSTETLER, LLP, a limited liability
4  partnership; PARMOND KUMAR, M.D.;
   HEALTHCARE CONGLOMERATE
5  ASSOCIATES, LLC; BENNY BENZEEVI;
   RICHARD TORREZ; and DOES 1 through
6  50, inclusive,

7          Cross Defendants.

8

9         Healthcare Conglomerate Associates, LLC, ("HCCA") and Yorai "Benny" Benzeevi, ("Benzeevi"), cross-defendants in the above-referenced matter, join in the opposition to the *Tulare Local Healthcare District's Amended Motion for Remand of Lawsuit to State Court Pursuant to 28 U.S.C. § 1452(B)* filed by Baker & Hostetler LLP ("BH") and Bruce R. Greene ("Greene") (the "Opposition") and represent the following:

       1.     Reserving all of their rights against BH and Greene, and without necessarily adopting any of the factual assertions made in the Opposition, HCCA and Benzeevi join in the Opposition on the general grounds cited in the Opposition and further assert that neither HCCA nor Benzeevi could obtain a fair adjudication of the issues raised in the District's complaint against BH, Greene and three former board members in Tulare County due to the extremely hostile political climate in Tulare County, including one-sided, biased publicity by the local print and online media.

       2.     On July 28, 2019, HCCA and Benzeevi substituted in, as their new attorneys, Oliver W. Wanger and the Wanger Jones & Helsley firm in place of Hagop T. Bedoyan and the Klein, DeNatale, Goldner, Cooper & Rosenlieb firm. A *Substitution of Attorneys as to Healthcare Conglomerate Associates, LLC and Yorai "Benny" Benzeevi* was filed with the clerk of the Court on July 29, 2019 [Dkt. No. 33]. As of time of this joinder, the Court has not made an order approving the substitution.

///

///

Date: August 6, 2019

KLEIN, DeNATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL, LLP

By: /s/ Hagop T. Bedoyan

HAGOP T. BEDOYAN.,
Attorneys for
Cross-Defendants, Healthcare Conglomerate
Associates, LLC and Yorai "Benny" Benzeevi