**4**

1   OLIVER W. WANGER, SBN 40331

2   **WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA 93720

3   Telephone: 559.233.4800
Facsimile: 559.233.9330

4   Email: owanger@wjhattorneys.com

5   Attorneys for Healthcare Conglomerate

6   Associates, LLC and Benny Benzeevi, Cross-Defendants

7

8          **UNITED STATES BANKRUPTCY COURT**

9      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10   In re:

11   TULARE LOCAL HEALTHCARE
DISTRICT dba TULARE REGIONAL

12   MEDICAL CENTER,

13           Debtor.

14   Tax ID #94-6002897
869 N. Cherry Street

15   Tulare CA 93474

16

17

18   TULARE LOCAL HEALTHCARE
DISTRICT dba TULARE REGIONAL
MEDICAL CENTER,

19

20          Plaintiff,

21   v.

22   BRUCE R. GREENE; BAKER &
HOSTETLER, LLP, a limited liability

23   partnership; PARMOND KUMAR, M.D.;
LINDA WILBOURN; RICHARD

24   TORREZ; and DOES 1 through 50,
inclusive,

25

26          Defendants.

Case No. 17-13797-B-9

Chapter 9

ADVERSARY PROC. NO.: 19-01052

DC No. KDG-2

| | |
|---|---|
| Date: | n/a |
| Time | n/a |
| Place: | United States Bankruptcy Court Fresno Division 2500 Tulare Street, Suite 2501 Fresno, CA 93721 |

Judge: Honorable Rene Lastreto, II

**STIPULATION RE: DISMISSAL WITHOUT PREJUDICE OF CROSS-DEFENDANTS, HEALTHCARE CONGLOMERATE ASSOCIATES, LLC AND BENNY BENZEEVI AND ORDER**

RECEIVED
August 19, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006565886

/01006401.DOCX}

21905.0001

1   LINDA WILBOURN,

2                  Cross-Claimant,

3   v.

4   BRUCE R. GREENE; BAKER &

5   HOSTETLER, LLP, a limited liability
partnership; PARMOND KUMAR, M.D.;

6   HEALTHCARE CONGLOMERATE
ASSOCIATES, LLC; BENNY

7   BENZEEVI; RICHARD TORREZ; and
DOES 1 through 50, inclusive,

8

9                  Cross-Defendants.

10

11

12        This Stipulation is entered into by and between Linda Wilbourn ("Wilbourn"),

13   Defendant and Cross-Claimant in the above-referenced action, on the one hand, and HealthCare

14   Conglomerate Associates, LLC ("HCCA") and Benny Benzeevi ("Benzeevi"), Cross-Defendants,

15   on the other hand. (Wilbourn, HCCA and Benzeevi are collectively referred to herein as the

    "Parties").

16

17                        **RECITALS**

18        WHEREAS, the above-captioned litigation was first initiated by Plaintiff Tulare

19   Local Healthcare District dba Tulare Regional Medical Center ("District") by filing a complaint

20   in Tulare County Superior Court;

21        WHEREAS, the litigation was removed to the above-captioned U.S. Bankruptcy

22   Court;

23        WHEREAS, Wilbourn filed a cross-claim in the U.S. Bankruptcy Court and

24   named as cross-defendants HCCA and Benzeevi, among others;

25        WHEREAS, the litigation has been remanded back to the Tulare County Superior

    Court;

26   {7977/004/01006401.DOCX}

STIPULATION RE: DISMISSAL WITHOUT
PREJUDICE OF HEALTHCARE CONGLOMERATE
ASSOCIATES LLC AND BENNY BENZEEVI AND
ORDER

2416642v2 / 21905.0001

The Parties stipulate and agree, as follows:

## **STIPULATION**

1.      The above Recitals are incorporated herein by reference as though fully set forth.

2.      The Parties agree that Wilbourn, shall dismiss her Cross-Claims against HCCA and Benzeevi without prejudice, with each party to bear their own fees and costs.

3.      In the event Wilbourn determines, in her sole discretion, that it is necessary or advantageous for her to (a) re-assert her claims against HCCA and/or Benzeevi, and (b) re-file her claims against HCCA and/or Benzeevi, whether in Tulare County Superior Court or another court, and whether by complaint or cross-complaint, then HCCA and Benzeevi hereby irrevocably authorize Oliver W. Wanger, of Wanger, Jones, Helsley. PC (or, in his absence, any other attorney from Wanger, Jones, Helsley, PC) to accept service of process of any such complaint(s) or cross-complaint(s) and related summons(es) and that such acceptance shall establish personal jurisdiction over HCCA and/or Benzeevi, as the case may be. By signing below, Mr. Wanger hereby agrees, on behalf of himself and his firm, to accept such service of process on behalf of HCCA and/or Benzeevi, as the case may be.

4.      Nothing in this Stipulation shall be construed as an agreement that venue in the Tulare County Superior Court or any other particular court is proper.

5.      This Stipulation shall not be interpreted to the prejudice of any of the Parties, and does not constitute an admission of any kind.

6.      This Stipulation may be signed by counterparts as if each signature appeared on a single document.

7.      The Parties and their counsel stipulate and agree to this dismissal without prejudice on the above-designated terms and conditions.

{7977/004/01006401.DOCX}

STIPULATION RE: DISMISSAL WITHOUT
PREJUDICE OF HEALTHCARE CONGLOMERATE
ASSOCIATES LLC AND BENNY BENZEEVI AND
ORDER

2416642v2 / 21905.0001

DATED: August _14_, 2019

Linda Wilbourn, Defendant and Cross-Claimant

DATED: August _19_, 2019.

BAKER MANOCK & JENSEN

By _____
Dirk Paloutzian
Peter Fashing
Attorneys for Defendant and Cross-Claimant, Linda Wilbourn

DATED: August ____, 2019

HealthCare Conglomerate Associates, LLC
Cross-Defendant

DATED: August ____, 2019

Benny Benzeevi, Cross-Defendant

DATED: August _16_, 2019

WANGER JONES HELSLEY PC

By _____
Oliver W. Wanger
Attorneys for HealthCare Conglomerate Associates, LLC and Benny Benzeevi

The above stipulation regarding dismissal without prejudice is approved and shall be filed.

SO ORDERED.

DATED: August ____, 2019.

_____
U.S. Bankruptcy Judge

{7977/004/01006401.DOCX}

STIPULATION RE: DISMISSAL WITHOUT
PREJUDICE OF HEALTHCARE CONGLOMERATE
4    ASSOCIATES LLC AND BENNY BENZEEVI AND
ORDER

2416642v2 / 21905.0001

DATED: August ____, 2019

_____
Linda Wilbourn, Defendant and Cross-Claimant

DATED: August ____, 2019.

BAKER MANOCK & JENSEN

By_____
Dirk Paloutzian
Peter Fashing
Attorneys for Defendant and Cross-Claimant, Linda Wilbourn

DATED: August ____, 2019

_____
HealthCare Conglomerate Associates, LLC
Cross-Defendant

DATED: August ____, 2019

_____
Benny Benzeevi, Cross-Defendant

DATED: August 16, 2019

WANGER JONES HELSLEY PC

By_____
Oliver W. Wanger
Attorneys for HealthCare Conglomerate Associates, LLC and Benny Benzeevi

The above stipulation regarding dismissal without prejudice is approved and shall be filed.

SO ORDERED.

Dated: Aug 19, 2019

By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court

{7977/004/01006401.DOCX}

STIPULATION RE: DISMISSAL WITHOUT PREJUDICE OF HEALTHCARE CONGLOMERATE ASSOCIATES LLC AND BENNY BENZEEVI AND ORDER

2416642v2 / 21905.0001