Filed 08/23/19     Case 19-01052     Doc 52

WANGER JONES HELSLEY, PC
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
   *rileywalter@W2LG.com*
Telephone: (559) 435-9800
Facsimile: (559) 435-9868

Chapter 9 Counsel

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Todd Wynkoop, #308845
   *todd.wynkoop@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Tulare Local Healthcare District, dba Tulare Regional Medical Center

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>        Debtor.<br><br>Tax ID #: 94-6002897<br>Address: 869 N. Cherry Street<br>             Tulare, CA 93274 | Case No. 17-13797<br><br>DC No.: TAW-2<br><br>Chapter 9<br><br>Adv. Proc. No. 19-01052<br><br>SC No WW-1<br><br>Date: August 15, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>        Plaintiff,<br>   v.<br><br>BRUCE R. GREENE; BAKER & HOSTETLER, LLP, a limited liability partnership; PARMOND KUMAR, M.D.; LINDA WILBOURN; RICHARD TORREZ; and DOES 1 through 50, inclusive,<br><br>        Defendants. | |

RECEIVED
August 22, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006568481

# ORDER ON DEBTOR PLAINTIFF'S MOTION TO REMAND OF LAWSUIT TO STATE COURT

At Fresno, in the Eastern District of California,

Debtor Plaintiff's Motion for Remand of Lawsuit to State Court Pursuant to 28 U.S.C. § 1452(B) came for hearing before the undersigned judge of the United States Bankruptcy Court at Fresno in the Eastern District of California on August 15, 2019 at 9:30 a.m., after due notice to the parties in interest. Todd Wynkoop appeared for the Debtor Plaintiff. All other appearances are of record.

After consideration of the briefs of the parties and evidence submitted and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

For the reasons set forth in the tentative ruling issued by the Court on August 13, 2019, Debtor Plaintiff's Motion for Remand of Lawsuit to State Court Pursuant to 28 U.S.C. § 1452(B) is granted.

Presented by:

　　McCORMICK, BARSTOW, SHEPPARD,
　　　　WAYTE & CARRUTH LLP

　By: _____/s/ Todd Wynkoop_____
　　　　　　Todd Wynkoop
　　　　Attorneys for Debtor Plaintiff
　　　　Tulare Local Healthcare District

IT IS SO ORDERED:
Dated: Aug 23, 2019

By the Court

René Lastreto II, Judge
United States Bankruptcy Court